COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION TO RECONSIDER MOTION FOR REHEARING EN BANC

Cause number:  01-18-00980-CV

Style:        *IMT Pavilion III LP and Investors Management Trust Real Estate Group, Inc. d/b/a IMT Residential v. Victor Mendez*

Type of motion:    Motion to reconsider motion for rehearing en banc

Party filing motion:        Appellant

      IT IS ORDERED that the motion to reconsider motion for rehearing en banc is **denied**.

Judge's signature:  ___/s/ Gordon Goodman___

En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  April 8, 2021